UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RICHARD AND PARTNERS LLC,<br><br>Plaintiff(s),<br>v.<br><br>BERKSHIRE HATHAWAY GUARD INSURANCE COMPANIES,<br><br>Defendant(s). | CASE NO. 2:22-cv-01050-TL<br><br>ORDER TO SHOW CAUSE |

This matter is before the Court *sua sponte*. On July 28, 2022, this case was removed from King County Superior Court by Defendant Berkshire Hathaway Guard Insurance Companies. Dkt. No. 1. On July 29, both Parties were provided notice of their obligation to file corporate disclosure statements pursuant to Local Civil Rule ("LCR") 7.1 by no later than August 5, 2022.

On August 8, 2022, Plaintiff Richard and Partners LLC filed a corporate disclosure statement indicating "that it is not a publicly traded company and does not have a parent corporation." Dkt. No. 8. LCR 7.1 states that a party's corporate disclosure statement must identify "any member or owner in a joint venture or limited liability corporation (LLC)."

LCR 7.1(a)(2). Further, in diversity actions, a party's corporate disclosure statement "must also list . . . those states in which the party, owners, partners, or members are citizens." LCR 7.1(b). Plaintiff's corporate disclosure statement does not comply with either requirement.

Defendant has not filed a disclosure statement as required by the Local Rules.

The Court therefore ORDERS:

1. Plaintiff shall file an amended corporate disclosure statement that fully complies with LCR 7.1 **within 7 days of the date of this order**, or **by no later than August 22, 2022**.

2. Defendant shall show cause for its failure to comply with LCR 7.1 as noticed by the Court or file the required corporate disclosure statement **within 7 days of the date of this order**, or **by no later than August 22, 2022**.

3. Either Parties' failure to comply with this order may result in sanctions.

Dated this 15th day of August 2022.

Tana Lin
United States District Judge