UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RICHARD AND PARTNERS LLC,<br><br>               Plaintiff(s),<br>v.<br><br>BERKSHIRE HATHAWAY GUARD INSURANCE COMPANIES,<br><br>               Defendant(s). | CASE NO. 2:22-cv-01050-TL<br><br>ORDER GRANTING STIPULATED MOTION TO AMEND COMPLAINT |

      This matter is before the Court on the Parties' Stipulated Motion to Amend Complaint. Dkt. No. 13. The Parties stipulate, pursuant to Rule 15 of the Federal Rules of Civil Procedure, to Plaintiff amending its complaint to "name AmGuard Insurance Company as the proper defendant in this matter and to make minor corrections in the complaint." *Id.*

      The Court notes that the Parties failed to comply with Local Civil Rule 15, which requires that the proposed amended pleading attached to a stipulated motion to amend "must indicate on the proposed amended pleading how it differs from the pleading that it amends by bracketing or striking through the text to be deleted and underlining or highlighting the text to be

added." LCR 15. This is not the first time that the Parties have failed to comply fully with this Court's Local Rules. *See* Dkt. No. 12. The Court expects all counsel to have reviewed Judge Lin's Chambers Procedures, the Local Rules, General Orders, and the applicable Electronic Filing Procedures. Any future failure to comply with any relevant rule, order, or procedure will not be tolerated and may result in sanctions.

Pursuant to the Parties' stipulation that the proposed amendments include only the naming of the proper defendant and minor corrections, the Court GRANTS the Parties' motion. Plaintiff is ORDERED to file and serve the amended complaint on all Defendants **within fourteen (14) days of the date of this order**. *See* LCR 15. Defendants shall have **fourteen (14) days from the date of service** to respond to the amended complaint. *See* Fed. R. Civ. P. 15(a)(3). All other dates and deadlines remain as scheduled and ordered.

Dated this 17th day of August 2022.

Tana Lin
United States District Judge

ORDER GRANTING STIPULATED MOTION TO AMEND COMPLAINT - 2