UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RICHARD AND PARTNERS, LLC,<br><br>PLAINTIFF,<br><br>VS.<br><br>AMGUARD INSURANCE COMPANY,<br><br>DEFENDANT, | CASE NO.<br>2:22–cv–01050–TL<br><br>STIPULATED DISMISSAL WITH PREJUDICE<br><br>*Note on Motion Calendar:*<br>May 17, 2023 (Same Day Motion) |

### I.     STIPULATION

The parties hereto, by and through their attorneys of record, hereby stipulate that this action, and all claims between and among the parties in this action, be dismissed with prejudice and without an award of costs or attorneys fees to any party.

STIPULATED and AGREED this 17th day of May 2023.

| **CHAE LAW FIRM, P.S.** | **COZEN O'CONNOR** |
|---|---|
| By: __/s E.Chan Lee_____,<br>E. CHAN LEE, WSBA No. 51415<br>Attorney for Plaintiff | By: */s/ Kevin A. Michael*<br>Kevin A. Michael, WSBA No. 36976<br>Attorney for Defendant |

STIPULATED DISMISSAL – Page 1

## II. ORDER

Based on the foregoing stipulation, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that this action, and any and all claims between and among the parties in this action, are DISMISSED with prejudice and without an award of costs or attorneys' fees to any party.

IT IS SO ORDERED.

Dated: The 17th of May 2023.

_____
Tana Lin
United States District Judge

STIPULATED DISMISSAL – Page 2